UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| DEE-K ENTERPRISES, INC., ET AL. : | Civil Action No. 3:01-MC374 (EBB) |
| v. : | |
| HEVEAFIL SDN. BHD, ET AL. : | AUGUST 21, 2008 |

### PLAINTIFFS' MOTION TO DISMISS, PURSUANT TO F.R.C.P. 41(a)(2), AS TO DEFENDANTS, PT. BAKRIE SUMATERA PLANTATIONS A/K/A PT. BAKRIE SUMATRA PLANTATIONS AND PT. BAKRIE RUBBER INDUSTRIES ONLY

The plaintiffs, Dee-K Enterprises, Inc. and Asheboro Electronics Corporation, by and through their counsel, hereby move this Court, pursuant to F.R.C.P. 41(a)(2), for an Order, dismissing with prejudice this case as to the defendants, PT. Bakrie Sumatera Plantations a/k/a PT. Bakrie Sumatra Plantations and PT Bakrie Rubber Industries ("the Bakrie Defendants"), and all claims related as to those parties only. The plaintiffs' motion is based upon (1) the Order of Judgment entered by the United States District Court for the Western District of North Carolina on July 5, 2001 against PT Perkebunan III, Natural Rubber Thread Co., Ltd., Longtex Rubber Thread Col, Ltd. and the Bakrie Defendants, and subsequently registered and entered in this Court on September 13, 2001 in the amount of $8,092,086.08, (2) the Partial Satisfaction of Judgment filed with this Court of even date herewith and (3) the settlement agreement entered into by the plaintiffs and the Bakrie Defendants.

{N0796786}   1

Because the judgment has not been fully satisfied as to the other defendants listed above, the plaintiffs request that all other amounts and issues that remain outstanding as to such other defendants remain valid and unaffected by the Court's adjudication of this motion.

Thomas J. Sansone
Federal Bar No. ct00671
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509
(203) 777-5501

{N0796786}                                2

CARMODY & TORRANCE LLP     195 Church Street
Attorneys at Law           Post Office Box 1950
                           New Haven, CT 06509-1950
                           Telephone: 203 777-5501