UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| DEE-K ENTERPRISES, INC., ET AL. | : Civil Action No. 3:01-MC374 (EBB) |
| v. | : |
| HEVEAFIL SDN. BHD, ET AL. | : AUGUST 21, 2008 |

### PARTIAL SATISFACTION OF JUDGMENT

A judgment was entered in the above action on July 5, 2001 in favor of the plaintiffs, Dee-K Enterprises, Inc. and Asheboro Electronics Corporation, in the United States District Court for the Western District of North Carolina, which judgment was subsequently registered and entered in this Court on September 13, 2001 against the defendants, PT. Perkebunan III, Natural Rubber Thread Co., Ltd., Longtex Rubber Thread Co., Ltd, PT. Bakrie Rubber Industries ("BRI") and PT. Bakrie Sumatera Plantations a/k/a PT. Bakrie Sumatra Plantations ("BSP"), in the amount of $8,092,086.08.

This judgment has been paid in part as to BRI and BSP, and accordingly, full and complete satisfaction of this judgment is acknowledged as to BRI and BSP only, but not as to any of the remaining defendants, and the Clerk of the Court is authorized and directed to make an entry of the full and complete satisfaction on the docket of the judgment as to said BRI and BSP.

Thomas J. Sansone
Federal Bar No. ct00671
Carmody & Torrance LLP
195 Church Street, P.O. Box 1950
New Haven, CT 06509
(203) 777-5501

{N0796784}

CARMODY & TORRANCE LLP
Attorneys at Law
195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501