UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| DEE-K ENTERPRISES, INC., ET AL. | : Civil Action No. 3:01-MC374 (EBB) |
| v. | : |
| HEVEAFIL SDN. BHD, ET AL. | : _____, 2008 |

**ORDER, GRANTING PLAINTIFFS' MOTION TO DISMISS, PURSUANT TO F.R.C.P. 41(a)(2), AS TO DEFENDANTS, PT. BAKRIE SUMATERA PLANTATIONS A/K/A PT. BAKRIE SUMATRA PLANTATIONS AND PT. BAKRIE RUBBER INDUSTRIES ONLY**

THIS MATTER, COMING before the undersigned on the plaintiffs' Motion to Dismiss, Pursuant to F.R.C.P. 41(a)(2), with prejudice, as to the defendants, PT. Bakrie Sumatera Plantations a/k/a PT. Bakrie Sumatra Plantations and PT. Bakrie Rubber Industries, this case and all claims related to those parties only;

AND, IT APPEARING TO THE COURT that there is good cause for the requested dismissal with prejudice;

IT IS THEREFORE ORDERED that all claims and other matters related to the defendants, PT. Bakrie Sumatera Plantations a/k/a PT. Bakrie Sumatra Plantations and PT. Bakrie Rubber Industries, are hereby dismissed with prejudice.

BY THE COURT,

_____
United States District Court Judge

CARMODY & TORRANCE LLP
Attorneys at Law
195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501